NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL EARL DAVIS,                          )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No. 2D18-637
                                             )
DEPARTMENT OF REVENUE on behalf              )
of MARYANNE DAVIS,                           )
                                             )
            Appellee.                        )
_____ )

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas Ramsberger, Judge.

Peter N. Meros of Meros, Smith, Lazzara,
Brennan & Brennan, P.A., Saint
Petersburg, for Appellant.

Pamela Jo Bondi, Attorney General and
Carrie R. McNair, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.